
Trafficking in Poland
Saint Luke
The burial
Jesus appears to two disciples
Commission of the Apostles
CHAPTER 1
Prologue
Zachary and Elizabeth are childless

Exhibit C