


11  Mary Magdalene [...] red egg of fertility and new birth (Portra[y...] Russian Church of Saint Mary Magdalene, Jerusalem). Serge Ivanov[...] century mural depicts Mary displaying the egg before Emperor Tib[erius]. Coloured eggs have long been associated with Eostre (Easter), the a[ncient] goddess of Spring.

Exhibit D: Vivian Green (VG) and Valentinian Gnosticism are connected to Georgetown Visitation (GV) High School as sister school to Gonzaga (19 Eye Street)

Case 3:26-cv-00007-SLG   Document 1-4   Filed 01/07/26   Page 1 of 1