

Exhibit E: Starbucks Trademark/Logo connected to Vivian Green, Valentinian Gnosticism, and Maria Chemiavska of Warsaw, Poland